IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 19-cr-50047-6 |
| v. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| Shaunte Gibbs, | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

REPORT AND RECOMMENDATION as to Shaunte Gibbs (6): The Government has informed the Court that, despite Defendant Shaunte Gibbs' noncompliance with her pretrial diversion agreement, they do not believe that a sentence of imprisonment would be the best course of action for the reasons stated during the hearing held on 10/22/2021. The Court finds the Government's reasoning to be sufficient to dismiss the indictment against Defendant Shaunte Gibbs, it is not indicative of bad faith, nor contrary to the public interest. See U.S. v. Martin, 287 F.3d 609, 623 (7th Cir. 2002). Additionally, the Government has confirmed that the victims in this case have been notified of the motion to dismiss and that they concur with the motion. See 18 U.S.C. § 3771. Therefore, it is this Court's Report and Recommendation that the Government's oral motion to dismiss all counts of the indictment against Defendant Shaunte Gibbs be granted and that the indictment therefore be dismissed only as to Defendant Shaunte Gibbs. See Fed. R. Crim. P. 48(a). Any objection to this Report and Recommendation shall be filed by 11/12/2021. Failure to object may constitute a waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260 (7th Cir. 1989). Signed by the Honorable Lisa A. Jensen on 10/29/2021.

Date: 10/29/2021          By: _____
                                Lisa A. Jensen

United States Magistrate Judge

Case: 3:19-cr-50047 Document #: 285 Filed: 10/29/21 Page 2 of 2 PageID #:742