## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|       Plaintiff, | ) Case No: 19 CR 50047-6 |
| v. | ) |
| | ) Judge Philip G. Reinhard |
| Shaunte Gibbs, | ) |
|       Defendant. | ) |

### ORDER

      This matter comes before the court on the Report and Recommendation ("R & R") [285] of Magistrate Judge Jensen recommending that the indictment against only defendant Shaunte Gibbs be dismissed as to all counts against her. The court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, the court has received no objections to the R & R (*see* [285], showing that objections were due by November 12, 2021). The court has reviewed the record in this case and finds that the October 29, 2021 R & R is not clearly erroneous. Accordingly, the court adopts in its entirety Judge Jensen's R & R. The indictment against only defendant Shaunte Gibbs is hereby dismissed.

Date: 11/16/2021                         ENTER:

                                                     */s/ Philip G. Reinhard*
                                                United States District Court Judge

                                                             Electronic Notices. (LC)